

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-19-00017-CR**

**IN RE LOWELL QUINCY GREEN**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

In this mandamus proceeding, relator, Lowell Quincy Green, complains about actions purportedly taken by Jon R. Gimble, the McLennan County District Clerk. There are procedural problems with Green's request, including a failure to serve his mandamus petition on the District Clerk as the respondent or the State as the real party in interest. *See* TEX. R. APP. P. 9.5; 52.2. However, we use Texas Rule of Appellate Procedure 2 and look beyond these deficiencies to dispose of Green's petition. *See id.* at R. 2.

As a Court of Appeals, we have no jurisdiction to compel a district clerk to act, except to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004);

*see also In re Simmonds*, 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding).

Green has not alleged any need for this Court to protect that jurisdiction.

Accordingly, we dismiss Green's "Original Application for Writ of Mandamus"

for want of jurisdiction.


AL SCOGGINS
Senior Justice

Before Chief Justice Gray,
      Justice Davis, and
      Senior Justice Al Scoggins[1]
Petition dismissed
Opinion delivered and filed January 30, 2019
[OT06]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).